No. 712. TRIANGLE IMPROVEMENT COUNCIL ET AL. *v.* RITCHIE, COMMISSIONER, STATE ROAD COMMISSION OF WEST VIRGINIA, ET AL. C. A. 4th Cir. Application for injunction pending disposition of petition for writ of certiorari presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS is of the opinion that the application should be granted.

No. 799. COCANOWER *v.* MARSTON, RECORDER FOR MARICOPA COUNTY, ET AL. Appeal from D. C. Ariz. Motion to advance and expedite hearing denied.

No. 825. NEW YORK *v.* COOPER, U. S. DISTRICT JUDGE. C. A. 2d Cir. Motion to expedite consideration of petition for certiorari denied.

No. 882. HADNOTT ET AL. *v.* AMOS, SECRETARY OF STATE OF ALABAMA, ET AL. Appeal from D. C. M. D. Ala. Application for continuance of stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS is of the opinion that the application should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. 5875. ANDERSON *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeal from D. C. S. D. N. Y. Motion to advance denied. Application for stay presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied.

No. 465. SAYLES *v.* WIEGAND ET AL. Motion to dispense with printing motion for leave to file petition for writ of mandamus granted. Motion for leave to file petition for writ of mandamus denied.